**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-03040-CMA-CBS

MAHAMET CAMARA,
MOUSSA DEMBELE,
ANDRE DeOLIVEIRA,
BEMBA DIALLO,
SALIF DIALLO,
MACIRE DIARRA,
DOMINIQUE DICKERSON,
ERNIE DUKE,
MOHAMED KABA,
DEAN PATRICELLI, and
ERNEST WILLIAMS,

    Plaintiffs,

v.

CRESENCIO SANCHEZ,

    Intervenor Plaintiff,

v.

MATHESON TRUCKING, INC., a California corporation,
MATHESON FLIGHT EXTENDERS, INC., a California corporation, and
MARK MATHESON, an individual,

    Defendants.

---

**ORDER GRANTING MOTION TO INTERVENE**

---

This matter is before the Court on the "Motion to Intervene," filed by Cresencio Sanchez (Doc. # 4). Having reviewed the file and being fully appraised of the matter, it is hereby ORDERED that the motion is GRANTED. It is

FURTHER ORDERED that the caption in this case SHALL BE AMENDED as above, to reflect the addition of Mr. Sanchez as a Plaintiff-in-Intervention.

DATED: February __14__, 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge