**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 12-cv-03040-CMA-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: April 16, 2013** | **Courtroom Deputy:** Yvonne Davis |

| | |
|---|---|
| MAHAMET CAMARA, *et al.* | Brian Moore |
|  | Justin Plaskov |
| Plaintiffs, |  |
| v. |  |
| MATHESON TRUCKING, INC., INC., *et al.* | Stacy Campbell |
|  | Daniel Combs |
| Defendants. |  |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC DISCOVERY CONFERENCE**
**Court in session:**     3:34 p.m.
Court calls case.  Appearances of counsel.

Parties address the court regarding a dispute over Plaintiffs' written discovery.  Three categories of information are discussed: 1) allegations of discrimination that arose in facilities outside of Denver but were forwarded to the same Sacramento management that handled Plaintiffs discrimination allegations; 2) workforce information from the Denver facility; and 3) single employer issue.

ORDERED:   Category 1 materials are not time critical for the May 9, 2013 depositions.  Counsel shall continue to work together to resolve this issue.

ORDERED:   Defendants shall produce responsive category 3 information to Plaintiffs no later than **5:00 p.m. on April 24, 2013**.

ORDERED:   Parties shall continue their discussions with respect to category 2.  On or before **Noon on April 18, 2013**, parties shall send to the court (Shaffer_Chambers@cod.uscourts.gov) those discovery requests and responses that remain in dispute.

ORDERED:   Further Telephonic Discovery Conference set for **April 22, 2013 at 9:00 a.m.**  Counsel shall coordinate to create a conference call among

        themselves before contacting the court (303.844.2117) at the scheduled time.

HEARING CONCLUDED.
**Court in recess**: 4:18 p.m.
Total time in court: 44 minutes

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.