IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 12-cv-03040-CBA-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: December 31, 2013 | Courtroom Deputy: Courtni Covington |

*Parties:*                                                   *Counsel:*

MAHAMET CAMARA, *et al.*,            Brian T. Moore

    Plaintiffs,

and

CRESENCIO SANCHEZ,                 Mark J. Berumen

    Intervenor Plaintiff,

v.

MATHESON TRUCKING, INC., *et al.*,      Stacey A. Campbell

    Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: TELEPHONIC DISCOVERY CONFERENCE**
**Court in session:**     **9:16 a.m.**
Court calls case. Appearances of counsel.

The court addresses counsel regarding a discovery dispute that has arisen between the parties. Discussion between the court and counsel regarding Plaintiff's request to depose individuals, after the expiration of the discovery deadline, that were recently disclosed by the Defendants.

The court addresses counsel regarding their inability to reach an agreement and if the issue is worth the dispute.

The court instructs Plaintiff to file a motion seeking leave to depose the four individuals disclosed by the Defendants. Each side should articulate their positions and cite prevailing case law. The court notes it will allow the Defendant to file a response, but no reply shall be submitted.

The court addresses counsel regarding **Plaintiff Salif Diallo's Motion for Leave to Supplement Complaint** [Doc. No. 71] and notes the Motion is not yet fully briefed.

Discussion between the court and the parties regarding the pending *Motion* and Defendants' opposition.  Defense counsel states he wishes to finish briefing.  The court addresses counsel regarding reaching an agreement as to the addition of the claim and cites relevant case law.

The court further addresses counsel regarding their disputes.

HEARING CONCLUDED.
**Court in recess:** 9:35 a.m.
Total time in court: 00:19

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.