**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-03040-CMA-CBS

MAHAMET CAMARA,
MOUSSA DEMBELE,
ANDRE DeOLIVEIRA,
BEMBA DIALLO,
SALIF DIALLO,
MACIRE DIARRA,
ERNIE DUKE,
MOHAMED KABA,
DEAN PATRICELLI, and
ERNEST WILLIAMS,

    Plaintiffs,

v.

CRESENCIO SANCHEZ,

    Intervenor Plaintiff,

v.

MATHESON TRUCKING, INC., a California corporation,
MATHESON FLIGHT EXTENDERS, INC., a California corporation, and
MARK MATHESON, an individual,

    Defendants,

---

**ORDER REGARDING STIPULATION OF DISMISSAL
OF DEFENDANT MARK MATHESON**

---

This matter is before the Court on the parties' Joint Stipulation of Voluntary Dismissal With Prejudice (Doc. # 83).  The Court has reviewed the Stipulation, and ORDERS as follows:

The claims of Plaintiffs and Plaintiff-In-Intervention against Defendant Mark Matheson in the above matter are hereby DISMISSED WITH PREJUDICE, in their entirety, the parties to pay his, her or its own attorney fees and costs. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Mark Matheson as a Defendant in this case.

DATED:  February  05 , 2014

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge