IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 12-cv-03040-CMA-CBS         Date: June 24, 2014
Courtroom Deputy: Amanda Montoya          FTR – Reporter Deck-Courtroom A402

*Parties:*                                *Counsel:*

MAHAMET CAMARA, et al.                    Stephen Kapnik
                                          Mark Berumen
                                          Brian Moore

Plaintiff,

v.

MATHESON TRUCKING, INC., et al.           Daniel Combs
                                          Stacey Campbell

Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:  FINAL PRETRIAL CONFERENCE**
**Court in session: 09:00 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding pending motions that have not been referred to Magistrate Judge Shaffer.

Further discussion regarding Pretrial Order in regards to witness list, length of trial, and defendant's exhibit list.  The following exhibits have been stricken from the exhibit list: A-2, A-4, A-31, A-32, A-33, B-59, B-61, B-62, B-63, B-64, B-66, B-81, C-7 and C-8.

Counsel anticipates a 17 day jury trial.  Discussion regarding re-visiting settlement and a possible Settlement Conference.

Counsel directed to District Judge Arguello's chambers for trial dates.

The Final Pretrial Order is signed and entered with interlineations.

Hearing Concluded.

**Court in recess: 09:34 a.m.**
Total time in court: 00:34
To order transcripts of hearing with Magistrate Jude Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.