**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE CHRISTINE M. ARGUELLO**

Case No.: 1:12-cv-03040-CMA-CBS          Date: June 17, 2014

Case Title:  Mahamet Camara, et al v. Matheson Trucking, Inc., et al.

DEFENDANTS' WITNESS LIST

| **WILL-CALL WITNESS** | **NATURE AND SUMMARY OF TESTIMONY** | **ESTIMATED DATE(S) AND LENGTH OF TESTIMONY** |
|---|---|---|
| **Witness**<br>John Ray Handy<br>c/o Stacey Campbell,<br>Littler Mendelson, P.C.,<br>1900 16th St., Ste. 800,<br>Denver, Colorado 80202 | John Handy may give testimony concerning, among other topics, Defendants' decisions to hire, manage, discipline and terminate employees; Defendants' employment policies and procedures, Defendants' business operations, communications between management and employees; communications among employees; and his specific conversations with Plaintiffs and Plaintiff-Intervenor. | Estimated date: TBD<br><br>Estimated length: TBD |
| **Witness**<br>Shawn Taylor<br>c/o Stacey Campbell,<br>Littler Mendelson, P.C.,<br>1900 16th St., Ste. 800,<br>Denver, Colorado 80202 | Shawn Taylor may give testimony concerning, among other topics, Defendants' decisions to hire, manage, discipline and terminate employees; Defendants' employment policies and procedures, Defendants' business operations, communications between management and employees; communications among employees; and his specific conversations with Plaintiffs and Plaintiff-Intervenor. | Estimated date: TBD<br><br>Estimated length: TBD |

**EXHIBIT B TO FINAL PRETRIAL ORDER**

12-cv-02005-PAB-CBS
DEFENDANT'S WITNESS LIST

| | | |
|---|---|---|
| **Witness**<br>Leslie Capra<br>c/o Stacey Campbell,<br>Littler Mendelson, P.C.,<br>1900 16th St., Ste. 800,<br>Denver, Colorado 80202 | Leslie Capra may give testimony concerning, among other topics, Defendants' decisions to hire, manage, discipline and terminate employees; Defendants' employment policies and procedures, Defendants' business operations, communications between management and employees; communications among employees; and her specific conversations with Plaintiffs and Plaintiff-Intervenor. | Estimated date: TBD<br><br>Estimated length: TBD |
| **Witness**<br>Michael John Wilbourn<br>c/o Stacey Campbell,<br>Littler Mendelson, P.C.,<br>1900 16th St., Ste. 800,<br>Denver, Colorado 80202 | Michael Wilbourn may give testimony concerning, among other topics, Defendants' decisions to hire, manage, discipline and terminate employees; Defendants' employment policies and procedures, Defendants' business operations, communications between management and employees; communications among employees; and his specific conversations with Plaintiffs and Plaintiff-Intervenor. | Estimated date: TBD<br><br>Estimated length: TBD |
| **Witness**<br>Wiley Coleman<br>c/o Stacey Campbell,<br>Littler Mendelson, P.C.,<br>1900 16th St., Ste. 800,<br>Denver, Colorado 80202 | Wiley Coleman may give testimony concerning, among other topics, his employment as a material handler and subsequent promotion to a lead position, the work environment, and his experience working at Matheson Flight Extenders as an African American. | Estimated date: TBD<br><br>Estimated length: TBD |
| **Witness**<br>Terry Goodwin<br>c/o Stacey Campbell,<br>Littler Mendelson, P.C.,<br>1900 16th St., Ste. 800,<br>Denver, Colorado 80202 | Terry Goodwin may give testimony concerning, among other topics, Defendants' decisions to hire, manage, discipline and terminate employees; Defendants' employment policies and procedures; Defendants' business operations; communications between management and | Estimated date: TBD<br><br>Estimated length: TBD |

**EXHIBIT B TO FINAL PRETRIAL ORDER**, page 2

12-cv-02005-PAB-CBS
DEFENDANT'S WITNESS LIST

|  |  |  |
|---|---|---|
|  | employees; and communications among employees. |  |
| **Witness**<br>Sor (Rosie) Rem<br>c/o Stacey Campbell,<br>Littler Mendelson, P.C.,<br>1900 16th St., Ste. 800,<br>Denver, Colorado 80202 | Sor (Rosie) Rem may give testimony concerning, among other topics, her employment as a material handler, the work environment, her experience working at Matheson Flight Extenders as an Asian female and Crecensio Sanchez's and Claude Lowery's treatment of her when she refused to join the lawsuit. | Estimated date: TBD<br><br>Estimated length: TBD |
| **Witness**<br>Steven Biskup<br>Attorney and Workplace Investigator,<br>8275 Timothy Court<br>Colorado Springs, CO 80920; telephone (303) 908-5616. | Steven Biskup may give testimony concerning, among other topics, his investigation of Plaintiffs' complaints; Plaintiffs' counsel's letter to him regarding the investigation; and his conclusions based upon his investigation. | Estimated date: TBD<br><br>Estimated length: TBD |
| **Witness**<br>Amy Hodges<br>c/o Stacey Campbell,<br>Littler Mendelson, P.C.,<br>1900 16th St., Ste. 800,<br>Denver, Colorado 80202 | Amy Hodges may give testimony concerning, among other topics, her employment as a material handler, the work environment, her experience working at Matheson Flight Extenders as a Caucasian female, her interactions and work place confrontations with Cresencio Sanchez, and Plaintiff Dean Patricelli's sexual harassment. | Estimated date: TBD<br><br>Estimated length: TBD |
| **Witness**<br>Josh Reep<br>c/o Stacey Campbell,<br>Littler Mendelson, P.C.,<br>1900 16th St., Ste. 800,<br>Denver, Colorado 80202 | Josh Reep may give testimony concerning, among other topics, his employment as a material handler; the work environment, his experience working with Plaintiffs and Plaintiff-Intervenor. | Estimated date: TBD<br><br>Estimated length: TBD |
| **Witness**<br>Yonel Louissaint | Yonel Louissaint may give testimony concerning, among other topics, his employment as a | Estimated date: TBD |

**EXHIBIT B TO FINAL PRETRIAL ORDER**, page 3

| | | |
|---|---|---|
| | material handler, the work environment and his experience working at Matheson Flight Extenders as a black person and his interactions with Bemba Diallo. | Estimated length: TBD |
| **Witness**<br>Jeremy Doudna<br>c/o Stacey Campbell,<br>Littler Mendelson, P.C.,<br>1900 16th St., Ste. 800,<br>Denver, Colorado 80202 | Jeremy Doudna may give testimony concerning, among other topics, his employment as a material handler; the work environment, his experience working with Plaintiffs and Plaintiff-Intervenor. | Estimated date: TBD<br><br>Estimated length: TBD |
| **Witness**<br>Sylvain Siffrain<br>Address known to Plaintiffs | Sylvain Siffrain may give testimony concerning, among other topics, his employment as a material handler, the work environment and his experience working at Matheson Flight Extenders as a black person. | Estimated date: TBD<br><br>Estimated length: TBD |
| **Witness**<br>Jennifer Mayhew<br>Workplace Investigator,<br>Mountain States Employers Council, Inc.,<br>1799 Pennsylvania St.,<br>Denver, CO 80203;<br>telephone: (303) 839-5177 | Jennifer Mayhew may give testimony concerning, among other topics, her investigation of the altercation between Plaintiff Bemba Diallo and Noumady Sissoko and her resulting conclusion. | Estimated date: TBD<br><br>Estimated length: TBD |
| **Witness**<br>Lisa Meer<br>GHP Horwath, P.C.,<br>1670 Broadway, Suite 3000<br>Denver, CO 80202<br>303.831.5040 | Lisa Meer may give testimony concerning, among other topics, her analysis of Patricia Pacey's expert report, her rebuttal report, her findings, and her resulting conclusions. | Estimated date: TBD<br><br>Estimated length: TBD |
| **Witness**<br>Patricia Pacey<br>Address known to Plaintiff | Patricia Pacey may give testimony concerning, among other topics, her damage expert report for Plaintiffs and her resulting conclusion. | Estimated date: TBD<br><br>Estimated length: TBD |
| **Witness**<br>Mahamet Camara | Mahamet Camara may give testimony concerning, among other | Estimated date: |

12-cv-02005-PAB-CBS
DEFENDANT'S WITNESS LIST

| | | |
|---|---|---|
| Address known to Plaintiffs | topics, his employment at Matheson Flight Extenders, his work as a material handler, his claims in this case and his alleged damages. | TBD<br><br>Estimated length: TBD |
| **Witness**<br>Moussa Dembele<br>Address known to Plaintiffs | Moussa Dembele may give testimony concerning, among other topics, his employment at Matheson Flight Extenders, his work as a material handler, his claims in this case and his alleged damages. | Estimated date: TBD<br><br>Estimated length: TBD |
| **Witness**<br>Andre De Oliveira<br>Address known to Plaintiffs | Andre De Oliveria may give testimony concerning, among other topics, his employment at Matheson Flight Extenders, his work as a material handler, his claims in this case and his alleged damages. | Estimated date: TBD<br><br>Estimated length: TBD |
| **Witness**<br>Bemba Diallo<br>Address known to Plaintiffs | Bemba Diallo may give testimony concerning, among other topics, his employment at Matheson Flight Extenders, his work as a material handler, his claims in this case and his alleged damages. | Estimated date: TBD<br><br>Estimated length: TBD |
| **Witness**<br>Salif Diallo<br>Address known to Plaintiffs | Salif Diallo may give testimony concerning, among other topics, his employment at Matheson Flight Extenders, his work as a material handler, his claims in this case and his alleged damages. | Estimated date: TBD<br><br>Estimated length: TBD |
| **Witness**<br>Macire Diarra<br>Address known to Plaintiffs | Macire Diarra may give testimony concerning, among other topics, his employment at Matheson Flight Extenders, his work as a material handler, his claims in this case and his alleged damages. | Estimated date: TBD<br><br>Estimated length: TBD |
| **Witness**<br>Ernie Duke<br>Address known to Plaintiffs | Ernie Duke may give testimony concerning, among other topics, his employment at Matheson Flight Extenders, his work as a material handler, his claims in this case and | Estimated date: TBD<br><br>Estimated length: TBD |

| | | |
|---|---|---|
| | his alleged damages. | |
| **Witness**<br>Mohamed Kaba<br>Address known to Plaintiffs | Mohamed Kaba may give testimony concerning, among other topics, his application to Matheson Flight Extenders, his lack of forklift driving experience and his claims in this case. | Estimated date:<br>TBD<br><br>Estimated length:<br>TBD |
| **Witness**<br>Dean Patricelli<br>Address known to Plaintiffs | Dean Patricelli may give testimony concerning, among other topics, his employment at Matheson Flight Extenders, his work as a material handler, his claims in this case and his alleged damages. | Estimated date:<br>TBD<br><br>Estimated length:<br>TBD |
| **Witness**<br>Earnest Williams<br>Address known to Plaintiffs | Earnest Williams may give testimony concerning, among other topics, his employment at Matheson Flight Extenders, his work as a material handler, his claims in this case and his alleged damages. | Estimated date:<br>TBD<br><br>Estimated length:<br>TBD |
| **Witness**<br>Cresencio Sanchez<br>Address known to Plaintiffs | Cresencio Sanchez may give testimony concerning, among other topics, his employment at Matheson Flight Extenders, his work as a material handler, his claims in this case and his alleged damages. | Estimated date:<br>TBD<br><br>Estimated length:<br>TBD |
| **Witness**<br>Noumady Sissoko<br>Address known to Plaintiffs | Noumady Sissoko may give testimony concerning, among other topics, his employment as a material handler and the work environment; his experience working at Matheson Flight Extenders as a black African; Bemba Diallo's request that he joining the lawsuit and the resulting altercation with Bemba Diallo when he refused to join the lawsuit, and the termination of his employment. | Estimated date:<br>TBD<br><br>Estimated length:<br>TBD |

12-cv-02005-PAB-CBS
DEFENDANT'S WITNESS LIST

| **MAY-CALL WITNESS** | **NATURE AND PURPOSE OF TESTIMONY** | **ESTIMATED DATE(S) AND LENGTH OF TESTIMONY** |
|---|---|---|
| **Witness** Mark Matheson c/o Stacey Campbell, Littler Mendelson, P.C., 1900 16th St., Ste. 800, Denver, Colorado 80202 | Mark Matheson may give testimony concerning, among other topics, the operations of Matheson Trucking, Inc. and Matheson Flight Extenders; his role within the companies; and his visits to the Denver facility. | Estimated date: TBD<br><br>Estimated length: TBD |
| **Witness** James R. Grant c/o Stacey Campbell, Littler Mendelson, P.C., 1900 16th St., Ste. 800, Denver, Colorado 80202 | James R. Grant may give testimony concerning, among other topics, the operations of Matheson Trucking, Inc. and Matheson Flight Extenders; his role within the companies; and his visits to the Denver facility. | Estimated date: TBD<br><br>Estimated length: TBD |
| **Witness** Thomas Tagart c/o Stacey Campbell, Littler Mendelson, P.C., 1900 16th St., Ste. 800, Denver, Colorado 80202 | Thomas Tagart may give testimony concerning, among other topics, the operations of Matheson Trucking, Inc. and Matheson Flight Extenders; his role within the companies; and his visits to the Denver facility. | Estimated date: TBD<br><br>Estimated length: TBD |
| **Witness** Bob Phelan c/o Stacey Campbell, Littler Mendelson, P.C., 1900 16th St., Ste. 800, Denver, Colorado 80202 | Bob Phelan may give testimony concerning, among other topics, the operations of Matheson Trucking, Inc. and Matheson Flight Extenders; his role within the companies; and his visits to the Denver facility. | Estimated date: TBD<br><br>Estimated length: TBD |
| **Witness** Patty Hernandez Address known to Plaintiffs | Patty Hernandez may give testimony concerning, among other topics, her employment as a material handler, the work environment, her experience working at Matheson Flight Extenders as a Hispanic female and Crecensio Sanchez's and Claude Lowery's treatment of her when she refused to join the lawsuit. | Estimated date: TBD<br><br>Estimated length: TBD |

12-cv-02005-PAB-CBS
DEFENDANT'S WITNESS LIST

| Witness | Description | Date/Length |
|---|---|---|
| **Witness**<br>Dominique Dickerson<br>Address known to Plaintiffs | Dominique Dickerson may give testimony concerning, among other topics, his employment as a material handler and subsequent promotion to a lead position, the work environment and his experience working at Matheson Flight Extenders as an African American. | Estimated date: TBD<br><br>Estimated length: TBD |
| **Witness**<br>Claude Lowrey, Jr.<br>Address known to Plaintiffs | Claude Lowrey, Jr., may give testimony concerning, among other topics, his employment at Matheson Flight Extenders, the work environment during his employment, communications between he and Intervening Plaintiff Cresencio Sanchez regarding soliciting women for the lawsuit and the resulting termination of his employment | Estimated date: TBD<br><br>Estimated length: TBD |
| **Witness**<br>Any and all witnesses identified by Plaintiffs' and Plaintiff-Intervenors in their Witness List | | Estimated date: TBD<br><br>Estimated length: TBD |
| **Witness**<br>Any and all witnesses needed for rebuttal | | Estimated date: TBD<br><br>Estimated length: TBD |