MAHAMET CAMARA, ET AL., PLAINTIFFS and CRESENCIO SANCHEZ, INTERVENOR PLAINTIFF

v.

MATHESON TRUCKING, INC., ET AL.

2012-cv-03040-CMA-CBS

PLAINTIFFS' AND INTERVENOR PLAINTIFF'S TRIAL EXHIBIT LIST

EXHIBIT C TO PRETRIAL ORDER

| EX NO./ LTR. | WITNESS (Court use only) | DESCRIPTION | STIP. | OFFERED | REC=D | REJECTED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| 1 | | 1/29/2005 Resignation letter of Bemba Diallo MATHESON0000250 | | | | | | |
| 2 | | 8/6/2008 Offer letter to Leslie M. Capra from Michael J. Wilbourn MATHESON002628 | | | | | | |
| 3 | | Email chain ended 8/21/2009 between Bonnie Wyland and Rebecca Wright re: Bemba Diallo MATHESON0000282 | | | | | | |
| 3 | | 4/25/2010 Email from Leslie Capra to Shawn Taylor re: HR MATHESON0003281-3282 | | | | | | |
| 4 | | 8/26/2010 Moussa Dembele Application for Employment and Resume PLAINTIFFS003688-3691; 3700-3701 | | | | | | |
| 5 | | 9/18/2010 Personnel Action Form re: Bemba Diallo PLAINTIFFS003638 | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6 | | Time records for the months of September and October, 2010 for all employees who worked one or more night shifts on the Pilot Project [MATHESON0004637-4641, 4646, 4662-4663, 4668-4675, 4685-4689, 4703-4707, 4717, 4723-4724, 4731-4734], and/or a summary thereof | | | | | | |
| 7 | | Email chain ending 9/19/2010 between Leslie Capra and Shawn Taylor re: Bemba MATHESON0003523-3524 | | | | | | |
| 8 | | 10/29/2010 Termination Check List for Randall Barber MATHESON0005466 | | | | | | |
| 9 | | 10/29/2010 Termination Check List for Wayne Christensen MATHESON0005535 | | | | | | |
| 10 | | Email chain ended 11/2/2010 between Leslie Capra and Michael Wilbourn re: Policy MATHESON0003303 | | | | | | |
| 11 | | 11/9/2010 Email from Leslie Capra to Michael Wilbourn and Bob Phelan re: Christopher Budfuloski MATHESON0003868 | | | | | | |
| 12 | | 11/10/2010 Personnel Action Form for Moussa Dembele PLAINTIFFS003632 | | | | | | |
| 13 | | 11/10/2010 Termination Check List for Moussa Dembele MATHESON0000039 | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 14 | | 11/12/2010 Emails between Leslie Capra and Michael Wilbourn re: Bemba Diallo MATHESON0003301 | | | | | |
| 15 | | Work schedules 11/12/2010, 11/22/2010 and 11/25/2010 PLAINTIFFS000493-495 | | | | | |
| 16 | | 11/16/2010 Emails re: Consol/Deconsol Pilot (Suspension of Operations) MATHESON002936-2938 | | | | | |
| 17 | | 11/18/2010 Notice to Moussa Dembele as to Change in Relationship MATHESON0000042 | | | | | |
| 18 | | 11/22/2010 Contract Route Service Order MATHESON002269-2272 | | | | | |
| 19 | | 11/24/2010 Station Manager's Report MATHESON003283 | | | | | |
| 20 | | 11/29/2010 Complaint from Salif Diallo to Director of Human Resources PLAINTIFFS000578-579 | | | | | |
| 21 | | Matheson Flight Extenders – Denver, Material Handlers on Build/Graveyard Shift, as of 12/1/10 Depo Ex. 192 | | | | | |
| 22 | | Work Schedules for Mahmet [sic] and Bemba PLAINTIFFS000499, 503 | | | | | |
| 23 | | Work Schedules MATHESON002865-2868 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 24 | | 12/4/2010 Email from Shawn Taylor to Leslie Capra re: Bemba<br>MATHESON0003299 | | | | | |
| 25 | | 12/16/2010 Station Manager's Report<br>MATHESON006125-6126 | | | | | |
| 26 | | Work Schedule<br>PLAINTIFFS000496 | | | | | |
| 27 | | 12/22/2010 Emails between Leslie Capra and Michael Wilbourn re: Bemba Diallo<br>MATHESON0003383 | | | | | |
| 28 | | 01/02/2011 Earnest Williams resignation letter<br>MATHESON001678 | | | | | |
| 29 | | Shifts Open for Bid, Starts January 3rd 2011<br>PLAINTIFFS000509 | | | | | |
| 30 | | 1/4/2011 Contract Route Service Order<br>MATHESON002275-2278 | | | | | |
| 31 | | 1/8/2011 Email from Shawn Taylor to Wiley Coleman and others re: Next week schedule<br>MATHESON0003289 | | | | | |
| 32 | | 1/25/2011 Email from Leslie Capra to Shawn Taylor re: Bemba<br>MATHESON0003287 | | | | | |
| 33 | | 1/25/2011 Email from Leslie Capra to Shawn Taylor re: Salif<br>MATHESON0003288 | | | | | |
| 34 | | 2/1/2011 Letter from Lynn D. Feiger to Mark Matheson and Leslie Capra<br>PLAINTIFFS000472-473 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 35 | | 2/22/2011 Michael Wilbourn's notes titled Brandon MATHESON008448 | | | | | |
| 36 | | 2/22/2011 Michael Wilbourn's notes titled Trent MATHESON008446-8447 | | | | | |
| 37 | | Michael Wilbourn's notes titled Doc-Peak MATHESON008445 | | | | | |
| 38 | | 2/22/2011 Michael Wilbourn's notes titled Shawn MATHESON008454 | | | | | |
| 39 | | Email chain ended 3/16/2011 between Leslie Capra and Shawn Taylor re: Reg employees MATHESON003308 | | | | | |
| 40 | | 3/15/2011 Email from Jeremy Doudna to Leslie Capra re: openings MATHESON0003291 | | | | | |
| 41 | | 2/18/2011 Emails between Leslie Capra and Michael Wilbourn re: Temp to regular and posting MATHESON003309, 0003292 | | | | | |
| 42 | | All EEOC charges filed by Plaintiffs | | | | | |
| 43 | | Postings entitled 'ATTENTION All temporary employees" MATHESON0003378, 3311 | | | | | |
| 44 | | Dean Patricelli and Gary Martin signatures of understanding terms of taking an ON CALL position MATHESON0000539, 2796 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 45 | | 4/2011 Personnel Action Forms – Amy Hodges, Dean Patricelli, Nicky Morris, Gary Martin, Jeremy Doudna<br>MATHESON002568, 536, 2364, 2759, 2393 | | | | | |
| 46 | | EEOC Notices of Charges of Discrimination to Matheson Trucking, Inc. | | | | | |
| 47 | | 4/19/2011 Email from Leslie Capra to Bob Phelan re: Jeremy Doudna<br>MATHESON002394 | | | | | |
| 48 | | 4/20/2011 Email from Michael Wilbourn to Leslie Capra and Bob Phelan re: Michael Fort<br>MATHESON003520 | | | | | |
| 49 | | 4/25/11 Personnel Action Form – Amy Hodges<br>MATHESON002567 | | | | | |
| 50 | | 4/29/2011 Emails between Leslie Capra, Michael Wilbourn and Bob Phelan re: Amy Hodges<br>MATHESON0003274-3276 | | | | | |
| 51 | | 5/3/11 Personnel Action Form – Amy Hodges<br>MATHESON002566 | | | | | |
| 52 | | 5/3/2011 Notes re: Salif Diallo and Josh Reep<br>MATHESON001869 | | | | | |
| 53 | | 5/11/2011 Complaint by Cresencio Sanchez<br>SANCHEZ000163-165 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 54 | | Items for Discussion at the Staff Meeting, signed by Dominique Dickerson<br>MATHESON001761-1762 | | | | | |
| 55 | | Game Plan for Denver THS Union/EEOC issues, faxes 5/23/2011<br>MATHESON008460-8461 | | | | | |
| 56 | | 5/25/2011 Email from Michael Wilbourn to Leslie Capra, Shawn Taylor, Terry Goodwin re: Draft Bid Rules with Draft Bid rules<br>MATHESON003317-3318 | | | | | |
| 57 | | 5/26/2011 Complaint by Cresencio Sanchez<br>MATHESON001877-1879 | | | | | |
| 58 | | 5/26/2011 "Said Incident" by Cresencio Sanchez<br>SANCHEZ000167-169 | | | | | |
| 59 | | 5/26/2011 Affidavit of Cresencio Sanchez<br>PLAINTIFFS002332-2333 | | | | | |
| 60 | | 5/26/2011 Email from Shawn Taylor to Michael Wilbourn and Leslie Capra re: Bid schedule revision #2, with attached schedules<br>MATHESON002294-2303 | | | | | |
| 61 | | 5/27/2011 Emails between Joshua Fugazzotto, Leslie Capra and Shawn Taylor re: New list with attached list<br>Depo Exh. 66 | | | | | |
| 62 | | 6/2011 Material Handler and Forklift driver Bid Pack<br>PLAINTIFFS000487-490 | | | | | |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  | All June 2011 bid sheets |  |  |  |  |  |
| 69 |  | 6/3/2011 Declaration of Dean Patricelli<br>PLAINTIFFS002331 |  |  |  |  |  |
| 70 |  | 6/6/2011 Email from Charla Sydnor to Leslie Capra re: DEN THS Follow Up with attached Memo from Jim Grant<br>MATHESON0003344, 4772-4773 |  |  |  |  |  |
| 71 |  | 6/8/2011 Email from Leslie Capra to Jim Grant re: Shift Bid<br>MATHESON002293 |  |  |  |  |  |
|  |  | 6/9/2011 Email from Leslie Capra to Jim Grant re: Shift Bid<br>MATHESON002292 |  |  |  |  |  |
| 72 |  | 6/14/2011 Email from Tom Tagart to Jim Grant re: DEN Discussion and John Handy resume<br>MATHESON002398, 2438-2439 |  |  |  |  |  |
| 73 |  | 6/29/2011 Email chain between Michael Wilbourn and Leslie Capra re: Bemba<br>MATHESON0003111-3113 |  |  |  |  |  |
| 74 |  | Email chain ended 7/2/2011 between Shawn Taylor, Michael Wilbourn, Terry Goodwin re: Open Shifts with attached Shifts Open for Bid as of 07/02/2011<br>MATHESON002289-2291 |  |  |  |  |  |
| 75 |  | 7/12/2011 Offer letter to John Handy<br>MATHESON002401-2402 |  |  |  |  |  |
|  |  | Resume of John Handy<br>MATHESON002438-2439 |  |  |  |  |  |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 76 | | 7/22/2011 Emails between Shawn Taylor, Leslie Capra and Michael Wilbourn re: Single days Bid sheets Preliminary, with bid sheets MATHESON006155-6156, 6172 | | | | | |
| 77 | | 8/3/2011 Andre DeOliveira complaint letter to Michael Wilbourn and Leslie Capra MATHESON001125 | | | | | |
| 78 | | 9/1/2011 Amy Hodges Complaint MATHESON0003544 | | | | | |
| 79 | | 9/1/2011 Emails between Shawn Taylor, Michael Wilbourn and Rebecca Wright re: Dean Patricelli MATHESON0003559 | | | | | |
| 80 | | 9/1/2011 Email from Nick Morris to Shawn Taylor re: Statement Letter MATHESON001122 | | | | | |
| 81 | | 9/2/2011 Email from John Handy to Michael Wilbourn re: Termination of Dean Patricelli MATHESON006152 | | | | | |
| 82 | | 9/8/2011 Emails between Michael Wilbourn and John Handy re: Termination of Dean Patricelli MATHESON006149 | | | | | |
| 83 | | 9/12/2011 Brent Sykes Employment Application and related documents MATHESON005274-5286 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 84 | | 9/22/2011 Caleb Reep Employment Application and related documents MATHESON001105-1114 | | | | | |
| 85 | | 9/22/2011 Jiesi Roiz Rodriguez Contract Personnel Questionnaire MATHESON005315-5316 | | | | | |
| 86 | | 9/25/2011 Justin Askew Employment Application and resume MATHESON005317-5320, 5327-5328 | | | | | |
| 87 | | 10/3/2011 Paul Askew Contract Personnel Questionnaire MATHESON005335-5336 | | | | | |
| 88 | | 10/3/2011 Letter to Matheson Postal Services from Anonymous Matheson Employee re: Documented Petition – Sexual Harassment SANCHEZ000012-13 | | | | | |
| 89 | | 10/13/2011 Personnel Action Form – John Handy MATHESON002403 | | | | | |
| 90 | | 10/13/2011 Mohamed Kaba Employment Application and related documents MATHESON000798-806 | | | | | |
| 91 | | 10/18/2011 Samuel Diambote Employment Application and related documents MATHESON00005340-5346 | | | | | |
| 92 | | 11/4/2011 Emails from John Handy to Michael Wilbourn to Steven Biskup re: Amy Hodges, Amy Cook BISKUP000171 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 93 | | 11/23/2011 Walter Outlaw Employment Application and related documents MATHESON001795-1804 | | | | | |
| 94 | | 11/8/2011 Bemba Diallo complaint to John Handy and Michael Wilbourn MATHESON001126-1127 | | | | | |
| 95 | | 11/11/2011 Wiley D. Coleman statement re: Cresencio Sanchez SANCHEZ000213 | | | | | |
| 96 | | 11/22/2011 Email from Emily Keimig to Steven Biskup and Michael Wilbourn re: Matheson/Flight Extenders MATHESON004759 | | | | | |
| 97 | | Resume of Steven F. Biskup BISKUP00119-120 | | | | | |
| 98 | | 11/27/2011 Email from Steven Biskup to Emily Keimig and Michael Wilbourn re: Notice of Investigation, with 11/29/2011 Notice of Investigation MATHESON004752, BISKUP000166 | | | | | |
| 99 | | 11/28/2011 Email from Steven F. Biskup to Emily Keimig and Michael Wilbourn re: Fee Agreement Summary BISKUP000154 | | | | | |
| 100 | | Email chain ended 11/28/2011 between Michael Wilbourn, Steven Biskup and Emily Keimig re: Notice of Investigation BISKUP000150, 151, 148 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 101 | | 11/28/2011 Email from Steven Biskup to Emily Keimig and Michael Wilbourn re: Information Needed for Investigation and attached list BISKUP000157, MATHESON001687-1688 | | | | | |
| 102 | | 12/2011 statements from Phil Valdez, Karen Gomez and Toni Jacobs re: Cresencio Sanchez SANCHEZ000156-160 | | | | | |
| 103 | | 12/1/2011 Email from Emily Keimig to Laura Johnson and Lynn Feiger re: Bemba Diallo, et al. v. Matheson Flight Extenders BISKUP000141 | | | | | |
| 104 | | 12/5/2011 Emails between Emily Keimig, Laura Johnson and Lynn Feiger re: Bemba Diallo, et al. v. Matheson Flight Extenders PLAINTIFFS000477-478 | | | | | |
| 105 | | Email chain ended 12/8/2011 between Emily Keimig, Michael Wilbourn and Steven Biskup re: Need some help with referenced chart MATHESON004785-4786, BISKUP000221-222 | | | | | |
| 106 | | 12/8/2011 Cresencio Sanchez complaint to Michael Wilbourn SANCHEZ000015 | | | | | |
| 107 | | 12/8/2011 Emails between Michael Wilbourn, Emily Keimig and Steven Biskup re: Fax Mail Message (303) 698-2628 with attachment BISKUP000077-79 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 108 | | 12/8/2011 Emails between Steven Biskup and John Handy re: Need some help BISKUP000088-90 | | | | | |
| 109 | | 12/8/2011 Emails between Emily Keimig, Michael Wilbourn and Steven Biskup re: Need some help BISKUP000093-95 | | | | | |
| 110 | | 12/8/2011 Emails between Emily Keimig and Steven Biskup re: New Complaints BISKUP000096-98 | | | | | |
| 111 | | 12/9/2011 Bemba Diallo complaint to Michael Wilbourn PLAINTIFF002530 | | | | | |
| 112 | | 12/14/2011 Personnel Action Form re: Walter Outlaw and Walter Outlaw Jr. hours per PeopleSoft TimeCard Report MATHESON001801, 5240 | | | | | |
| 113 | | 12/15/2011 John Handy statement re: Cresencio Sanchez MATHESON004172 | | | | | |
| 114 | | 1/5/2012 Toni Jacobs complaint to Mr. Wilbourn re: Amy Hodges SANCHEZ000153 | | | | | |
| 115 | | 1/17/2012 Email from John Handy to Michael Wilbourn re: Amy Hodges MATHESON008441 | | | | | |
| 116 | | Email chain ended 1/22/2012 between Shawn Taylor, Michael Wilbourn and John Handy re: Bemba & Nick MATHESON003876-3878 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 117 | | 1/24/2012 Emails between Steven Biskup and Emily Keimig re: Our Meeting Tomorrow-Matheson MATHESON000026-27 | | | | | |
| 118 | | 1/30/2012 Emily Keimig letter to Vicky J. Boiko, EEOC, re: Matheson Flight Extenders MATHESON0003771-3774 | | | | | |
| 119 | | 2/8/2012 Email from Steven Biskup to Emily Keimig re: Matheson Interview Summary # 26-Leslie Capra MATHESON004765 | | | | | |
| 120 | | Matheson Postal Employee Interviews Summaries by Steven F. Biskup PLAINTIFFS000001-195 | | | | | |
| 121 | | 2/10/2012 Emails between Steven Biskup and Emily Keimig re: Matheson-Other Possible Interviews/All Final Wrap-up Matters | | | | | |
| 122 | | 2/10/2012 Steven Biskup Statement for Investigative Fees re: Payment Received MATHESON0009542-9547 | | | | | |
| 123 | | 2/16/2012 Stub for Check No. 502387 for $27,568.50 BISKUP000180 | | | | | |
| 124 | | 2/21/2012 Email from Steven F. Biskup to Michael Wilbourn BISKUP00001 | | | | | |
| 125 | | Email chain ended 2/24/12 between Rebecca Wright and John Handy re: Denver Current Employee Roster with roster MATHESON008556-8559 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 126 | | 2/25/12 Denver Seniority Roster<br>MATHESON001749-1750 | | | | | |
| 127 | | 3/2012 Shift Bid Pack<br>MATHESON001831-1836 | | | | | |
| 128 | | 3/12/2012 Colorado Department of Labor Notice of Decision re: Amy Hodges<br>MATHESON002562 | | | | | |
| 129 | | 3/13 US Postal Service Delivery Notice to Ernie Duke<br>PLAINTIFFS000575 | | | | | |
| 130 | | 3/29/2012 John Handy statement re: Cresencio Sanchez<br>MATHESON0004220 | | | | | |
| 131 | | 4/8/12 Personnel Action Form – Gary Martin<br>MATHESON002787 | | | | | |
| 132 | | 4/26/2012 US Postal Inspection Service letter to Rebecca Wright and 4/27/12 email re: Outlaw, Walter Trent – Clearance Denied<br>MATHON006135-6136, 8561 | | | | | |
| 133 | | 5/2/2012 Handwritten Notes<br>MATHESON008465-8467 | | | | | |
| 134 | | 6/2/2012 Email from Tom Tagart to THS Managers re: Management Bulletin<br>MATHESON002621 | | | | | |
| 135 | | 7/3/12 Termination Checklist of Leslie Capra<br>MATHESON002619 | | | | | |
| 136 | | 7/18/12 Termination Checklist of Noumady Sissoko<br>MATHESON002486 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 137 | | 11/19/2012 EEOC Determinations | | | | | |
| 138 | | EEOC Notices of Rights to Sue issued to Plaintiffs | | | | | |
| 139 | | 11/5/2013 Letter from Daniel Combs to Justin Plaskov | | | | | |
| 140 | | 10/29/2013 Letter from Justin Plaskov to Stacey Campbell | | | | | |
| 141 | | Summary showing hours worked by graveyard shift workers, 10/2010-1/2011 | | | | | |
| 142 | | Summary showing graveyard shift material handler hours by race and national origin, 10/2010-1/2011 | | | | | |
| 143 | | Summaries of weekly hours worked by graveyard shift mail handlers, 8/2010-7/2011 | | | | | |
| 144 | | Summary of hours worked by graveyard shift workers with irregular schedules, 5/2011-6/2011 | | | | | |
| 145 | | Summary showing composition of workforce by race and national origin at various points of time | | | | | |
| 146 | | Summary showing number of night shift employees by race and national origin who were and were not placed on call 12/2010 | | | | | |
| 147 | | Matheson Employee lists MATHESON001822-1823 MATHESON003341-3342 MATHESON003769-3770 MATHESON002281-2286 | | | | | |
| 148 | | Matheson Vacation Report MATHESON008475-8500 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 149 | | Matheson Employee Handbook MATHESON000998-1069 | | | | | |
| 150 | | Excerpts from Matheson Trucking, Inc.'s website, printed 8/27/2012 PLAINTIFFS000582-608 | | | | | |
| 151 | | Sublease between Matheson Trucking, Inc. and Intel Corporation MATHESON002918-2934 | | | | | |
| 152 | | Continuing Guaranty MATHESON002977-2982 | | | | | |
| 153 | | Economic Analysis, supplemental analysis and resume of Patricia Pacey | | | | | |
| 154 | | Documents previously produced reflecting Moussa Dembele's job search efforts and/or summary thereof | | | | | |
| 155 | | Documents previously produced reflecting Dean Patricelli's job search efforts and/or summary thereof | | | | | |
| 156 | | Documents previously produced reflecting Macire Diarra's job search efforts and/or summary thereof | | | | | |
| 157 | | Documents previously produced reflecting Mohamed Kaba's job search efforts and/or summary thereof | | | | | |
| 158 | | Pay rates and effective dates for Matheson MATHESON002288 | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 159 | | Previously produced records of Plaintiffs' pay (e.g., W-2s, 1099s and pay stubs) at Matheson and other employers | | | | | | |
| 160 | | Previously produced resumes of Bemba Diallo and Dean Patricelli | | | | | | |
| 161 | | PeopleSoft TimeCard Reports for Plaintiffs and/or summary(ies) thereof | | | | | | |
| 162 | | 8/30/2013 Demand for Payment of Wages to Matheson from Salif Diallo | | | | | | |
| 163 | | Summary of Salif Diallo's hours and vacation accrual | | | | | | |
| 164 | | 06/22/2010 U.S. Department of Labor Register of Wage Determinations Under the Service Contract Act MATHESON001668-1675 | | | | | | |
| 165 | | 06/17/2011 U.S. Department of Labor Register of Wage Determinations Under the Service Contract Act MATHESON001660-1667 | | | | | | |
| 166 | | Compilation of responses by Defendants to written discovery requests | | | | | | |