EXHIBIT LIST OF: Defendants          CASE NUMBER: 1:12-cv-03040-CMA

CASE CAPTION: Mahamet Camara, et al. v. Matheson Trucking, Inc., et al.

| EX NO./ LTR | WITNES SES (Court use only) | DESCRIPTION | STIP. | OFFE RED | REC'D | REJE CTED | RULING RESERV ED | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| A-1 | | Plaintiffs' Responses to Defendants' Written Discovery Requests | | | | | | |
| ~~A-2~~ | | ~~Defendants' Responses to Plaintiffs' Written Discovery Requests~~ | | | | | | |
| A-3 | | Plaintiff-Intervenor's Responses to Defendants' Written Discovery Requests | | | | | | |
| ~~A-4~~ | | ~~Defendants' Responses to Plaintiff-Intervenor's Written Discovery Requests~~ | | | | | | |
| A-5 | | Employee Handbook | | | | | | |
| A-6 | | Pay Periods in the Month document | | | | | | |
| A-7 | | Bid Rules | | | | | | |
| A-8 | | Bid Sheets | | | | | | |
| A-9 | | Charges of Discrimination and Supplemental Charges of Discrimination of Plaintiffs and Plaintiff-Intervenor | | | | | | |

**EXHIBIT D TO FINAL PRETRIAL ORDER**, page 1

EXHIBIT LIST OF: Defendants          CASE NUMBER: 1:12-cv-03040-CMA

CASE CAPTION: Mahamet Camara, et al. v. Matheson Trucking, Inc., et al.

| EX NO./ LTR | WITNESSES (Court use only) | DESCRIPTION | STIP. | OFFERED | REC'D | REJECTED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| A-10 | | Notices of Charges of Discrimination and Supplemental Charges of Discrimination of Plaintiffs and Plaintiff-Intervenor | | | | | | |
| A-11 | | Earnest Williams Letter of Resignation | | | | | | |
| A-12 | | Biskup Report, with employee interviews | | | | | | |
| A-13 | | Charging Parties' Damages Summary and Reports | | | | | | |
| A-14 | | Pay Stubs | | | | | | |
| A-15 | | New Hire Forms | | | | | | |
| A-16 | | Termination Forms | | | | | | |
| A-17 | | Termination Check Lists | | | | | | |
| A-18 | | Flight Extender Employee Hours Worked | | | | | | |
| A-19 | | Employee Handbook Acknowledgment Forms | | | | | | |
| A-20 | | Harassment Policy Acknowledgement Forms | | | | | | |
| A-21 | | Orientation Handbook | | | | | | |

EXHIBIT LIST OF: Defendants          CASE NUMBER: 1:12-cv-03040-CMA

CASE CAPTION: Mahamet Camara, et al. v. Matheson Trucking, Inc., et al.

| EX NO./ LTR | WITNES SES (Court use only) | DESCRIPTION | STIP. | OFFE RED | REC'D | REJE CTED | RULING RESERV ED | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| | | Acknowledgment Forms | | | | | | |
| A-22 | | Personnel Action Forms | | | | | | |
| A-23 | | Plaintiffs'/Plaintiff-Intervenor's Resumes | | | | | | |
| A-24 | | Matheson Employee Orientation Handbook | | | | | | |
| A-25 | | Selected Timesheets | | | | | | |
| A-26 | | Employee lists | | | | | | |
| A-27 | | Plaintiffs'/Plaintiff-Intervenor's Employment Applications | | | | | | |
| A-28 | | Wage Determinations | | | | | | |
| A-29 | | Station Manager's Reports | | | | | | |
| A-30 | | Work Schedules | | | | | | |
| ~~A-31~~ | | ~~All deposition transcripts of from witness depositions taken in this case~~ | | | | | | |
| ~~A-32~~ | | ~~Expert Report of Lisa Meer, with appendices~~ | | | | | | |
| ~~A-33~~ | | ~~All documents on which Lisa Meer relied or which were referenced in Lisa Meer's Expert Report~~ | | | | | | |

EXHIBIT LIST OF: Defendants          CASE NUMBER: 1:12-cv-03040-CMA

CASE CAPTION: Mahamet Camara, et al. v. Matheson Trucking, Inc., et al.

| EX NO./LTR | WITNESSES (Court use only) | DESCRIPTION | STIP. | OFFERED | REC'D | REJECTED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| A-34 | | Dr. Pacey Fee Schedule | | | | | | |
| A-35 | | Dr. Pacey Curriculum Vitae | | | | | | |
| A-36 | | Summary of Dr. Pacey's deposition testimony (attached to CV) | | | | | | |
| A-37 | | Summary of Dr. Pacey's trial testimony (attached to CV) | | | | | | |
| A-38 | | Dr. Pacey's expert report, with appendices and supplemental appendices | | | | | | |
| A-39 | | Dr. Pacey's work papers regarding her expert report | | | | | | |
| A-40 | | John Handy notes | | | | | | |
| A-41 | | 1/20/11 Earnest Williams Notice of Change in Relationship | | | | | | |
| A-42 | | 1/20/11 Letter to Williams re resignation | | | | | | |
| A-43 | | Drawing of Facility by Andre DeOliveira | | | | | | |
| A-44 | | Andre DeOliveira Resignation Letter | | | | | | |

**EXHIBIT D TO FINAL PRETRIAL ORDER**, page 4

EXHIBIT LIST OF: Defendants          CASE NUMBER: 1:12-cv-03040-CMA

CASE CAPTION: Mahamet Camara, et al. v. Matheson Trucking, Inc., et al.

| EX NO./ LTR | WITNES SES (Court use only) | DESCRIPTION | STIP. | OFFE RED | REC'D | REJE CTED | RULING RESERV ED | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| A-45 | | Salif Diallo Handwritten Letter | | | | | | |
| A-46 | | Jennifer Mayhew Investigation, with Statements | | | | | | |
| A-47 | | Employment Applications of Jones, Cummings, Huntley, Lim, Reep, Lucero, Lyon, Duran, Martin, Biere, Villa, Wright, Christensen, Barber | | | | | | |
| A-48 | | 9/15 Incident Notes | | | | | | |
| A-49 | | Caleb Michael Reep Employment Application | | | | | | |
| A-50 | | Walter Outlaw Employment Application | | | | | | |
| A-51 | | John Handy Employment Application | | | | | | |
| A-52 | | 06/29/12 Email from Flynn to Handy, Luna – MSEC Workplace Investigation Services | | | | | | |
| A-53 | | B. Diallo Injury | | | | | | |
| A-54 | | Sissoko Injury | | | | | | |
| A-55 | | 12/09/11 Letter to Wilbourn from Bemba Diallo re 12/06/11 and | | | | | | |

**EXHIBIT D TO FINAL PRETRIAL ORDER**, page 5

EXHIBIT LIST OF: Defendants          CASE NUMBER: 1:12-cv-03040-CMA

CASE CAPTION: Mahamet Camara, et al. v. Matheson Trucking, Inc., et al.

| EX NO./LTR | WITNESSES (Court use only) | DESCRIPTION | STIP. | OFFERED | REC'D | REJECTED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| | | 12/07/11 Events | | | | | | |
| A-56 | | 04/13/12 Letter to Keimig from Berumen re Sanchez | | | | | | |
| A-57 | | 12/09/11 Email from Handy to Wilbourn, Handy  re Amy Hodges | | | | | | |
| A-58 | | 03/25/12 Letter to Whom It May Concern from Rem, Sor (Rosie) | | | | | | |
| A-59 | | 03/25/12 Letter to Whom It May Concern from Patty Hernandez | | | | | | |
| A-60 | | 01/22/2012 Email from Taylor to Wilbourn | | | | | | |
| A-61 | | 09/19/2010 Email chain | | | | | | |
| A-62 | | 01/25/2011 Email from Capra to Taylor | | | | | | |
| A-63 | | 01/25/2011 Email from Capra to Taylor | | | | | | |
| A-64 | | 11/02/2010 Email chain re Policy | | | | | | |
| A-65 | | 02/01/2011 Letter to Matheson and Capra from Feiger | | | | | | |
| A-66 | | 06/06/2011 Email from Sydnor to Capra and Grant | | | | | | |

**EXHIBIT D TO FINAL PRETRIAL ORDER**, page 6

EXHIBIT LIST OF: Defendants          CASE NUMBER: 1:12-cv-03040-CMA

CASE CAPTION: Mahamet Camara, et al. v. Matheson Trucking, Inc., et al.

| EX NO./ LTR | WITNES SES (Court use only) | DESCRIPTION | STIP. | OFFE RED | REC'D | REJE CTED | RULING RESERV ED | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| A-67 | | 12/22/2010 Email from Wilbourn to Capra | | | | | | |
| A-68 | | 12/04/2010 Email from Taylor to Capra | | | | | | |
| A-69 | | 06/08/2011 Email from Capra to Grant, Matheson and Wilbourn | | | | | | |
| A-70 | | Letter from Grant to Capra, Wilbourn, Matheson, Kepner, and O'Donnel | | | | | | |
| A-71 | | 05/27/2011 Email from Fugazzotto to Capra and Taylor | | | | | | |
| A-72 | | 12/2010 No Hours Sheet | | | | | | |
| A-73 | | 8/27/12 Matheson Trucking, Inc. Webpage | | | | | | |
| A-74 | | 11/16/10 Capra email to Taylor, Fugazzotto, Goodwin, Wright, Doudna | | | | | | |
| A-75 | | 3/18/11 Wilbourn email to Capra re bid for temp to reg | | | | | | |
| A-76 | | 3/16/11 Taylor email to Capra | | | | | | |
| A-77 | | Items for Discussion at Staff Meeting | | | | | | |
| A-78 | | 7/12/11 Offer letter to John Handy | | | | | | |

EXHIBIT LIST OF: Defendants          CASE NUMBER: 1:12-cv-03040-CMA

CASE CAPTION: Mahamet Camara, et al. v. Matheson Trucking, Inc., et al.

| EX NO./ LTR | WITNES SES (Court use only) | DESCRIPTION | STIP. | OFFE RED | REC'D | REJE CTED | RULING RESERV ED | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| A-79 | | 5/25/11 Wilbourn email to Capra | | | | | | |
| A-80 | | 12/8/11 Keimig email to Biskup | | | | | | |
| A-81 | | 8/4/11 Statement of Participation & Compliance re Anti-Harassment Policy | | | | | | |
| A-82 | | 9/1/11 Nick Morris email to Shawn Taylor | | | | | | |
| A-83 | | 11/8/11 Bemba letter to Wilbourn | | | | | | |
| A-84 | | 12/5/11 Keimig email to Johnson | | | | | | |
| A-85 | | 11/22/11 Keimig email to Biskup | | | | | | |
| A-86 | | 12/29/11 Keimig email to Biskup | | | | | | |
| A-87 | | J. Grant Memo | | | | | | |
| A-88 | | 2/8/11 Continuing Guaranty between JP Morgan Chase Bank, NA & Matheson Flight Extenders, Inc. | | | | | | |
| A-89 | | 7/2/11 Email from Taylor to Wilbourn & Goodwin re Open Shifts | | | | | | |
| A-90 | | Shifts Open For Bid as of 7/02/2011 | | | | | | |

EXHIBIT LIST OF: Defendants          CASE NUMBER: 1:12-cv-03040-CMA

CASE CAPTION: Mahamet Camara, et al. v. Matheson Trucking, Inc., et al.

| EX NO./ LTR | WITNES SES (Court use only) | DESCRIPTION | STIP. | OFFE RED | REC'D | REJE CTED | RULING RESERV ED | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| A-91 | | 8/30/10 Management Performance Appraisal Form | | | | | | |
| A-92 | | Capra email to Phelan re Jeremy Doudna | | | | | | |
| A-93 | | Notice to M. Dembele as to Discharge | | | | | | |
| A-94 | | Email chain between Wilbourn, Capra, Phelan dated 10/27/10 | | | | | | |
| A-95 | | M. Dembele job search emails, 2011 | | | | | | |
| A-96 | | 8/8/11 Letter from Lynn Feiger to the EEOC | | | | | | |
| A-97 | | Drawing of Nick Morris and Macire Diarra on the floor | | | | | | |
| A-98 | | Bemba Diallo Notice of Rights for Milgard Class Settlement | | | | | | |
| A-99 | | Handwritten statement by Brian Lawler | | | | | | |
| A-100 | | 9/19/10 email chain re B. Diallo re Macire and Salif about work schedule for Shawn Taylor | | | | | | |
| B-1 | | 11/12/10 email from Capra to | | | | | | |

**EXHIBIT D TO FINAL PRETRIAL ORDER**, page 9

EXHIBIT LIST OF: Defendants          CASE NUMBER: 1:12-cv-03040-CMA

CASE CAPTION: Mahamet Camara, et al. v. Matheson Trucking, Inc., et al.

| EX NO./LTR | WITNESSES (Court use only) | DESCRIPTION | STIP. | OFFERED | REC'D | REJECTED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| | | Wilbourn re sending Bemba home early on holiday | | | | | | |
| B-2 | | Investigation Report by Mountain States re B. Diallo and Sissoko altercation | | | | | | |
| B-3 | | B. Diallo 9/29/05 resignation letter | | | | | | |
| B-4 | | B. Diallo 10/10/12 Demand for Payment of Wages for 49 hours of vacation pay | | | | | | |
| B-5 | | 10/18/12 letter from Matheson to Lynn Feiger saying that B. Diallo was paid all wages in response to demand for wages | | | | | | |
| B-6 | | 7/19/12 letter from Wilbourn to B. Diallo terminating his employment | | | | | | |
| B-7 | | 4/25/12 email chain between Taylor and Capra re Jeff Horner and B. Diallo confrontation | | | | | | |
| B-8 | | 11/8/11 letter from B. Diallo to Handy and Wilbourn complaining about discrimination | | | | | | |
| B-9 | | Nick Morris handwritten statement re B. Diallo altercation on | | | | | | |

EXHIBIT LIST OF: Defendants          CASE NUMBER: 1:12-cv-03040-CMA

CASE CAPTION: Mahamet Camara, et al. v. Matheson Trucking, Inc., et al.

| EX NO./LTR | WITNESSES (Court use only) | DESCRIPTION | STIP. | OFFERED | REC'D | REJECTED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| | | 10/25/11 | | | | | | |
| B-10 | | 7/3/11 email from Taylor to Capra re Bemba altercation with Gary Martin | | | | | | |
| B-11 | | Gary Martin handwritten statement re altercation with B. Diallo | | | | | | |
| B-12 | | Demonstrative drawing of j-can, drawn by D. Patricelli to describe layout of incident with Amy Hodges | | | | | | |
| B-13 | | 9/1/11 handwritten statement by Amy Hodges re Dean Patricelli incident | | | | | | |
| B-14 | | 9/1/11 email statement from Nick Morris to Shawn Taylor re D. Patricelli incident with Amy Hodges | | | | | | |
| B-15 | | Emails re Dean Patricelli | | | | | | |
| B-16 | | 7/21/11 letter attaching D. Patricelli Declaration in support of EEOC charges | | | | | | |
| B-17 | | Statements by C. Sanchez | | | | | | |

**EXHIBIT D TO FINAL PRETRIAL ORDER**, page 11

EXHIBIT LIST OF: Defendants            CASE NUMBER: 1:12-cv-03040-CMA

CASE CAPTION: Mahamet Camara, et al. v. Matheson Trucking, Inc., et al.

| EX NO./ LTR | WITNES SES (Court use only) | DESCRIPTION | STIP. | OFFE RED | REC'D | REJE CTED | RULING RESERV ED | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| B-18 | | Statements by Patty Hernandez | | | | | | |
| B-19 | | Handwritten notes of Wilbourn | | | | | | |
| B-20 | | Rosie Rem 3/25/12 type written statement | | | | | | |
| B-21 | | 3/29/12 Claude Lowery typed statement | | | | | | |
| B-22 | | 4/4/12 Interview Notes of Cresencio Sanchez by Mike Wilbourn | | | | | | |
| B-23 | | 4/4/12 Notes about Patty Hernandez | | | | | | |
| B-24 | | 9/15/11 handwritten statement | | | | | | |
| B-25 | | 10/3/11 C. Sanchez typed letter | | | | | | |
| B-26 | | 11/18/11 Written Warning Memo to C. Sanchez | | | | | | |
| B-27 | | Group of handwritten statements (Dep. Ex. 153) | | | | | | |
| B-28 | | 11/5/11 handwritten statement by C. Sanchez | | | | | | |
| B-29 | | 11/11/11 Wiley Coleman typed statement | | | | | | |

**EXHIBIT D TO FINAL PRETRIAL ORDER**, page 12

EXHIBIT LIST OF: Defendants          CASE NUMBER: 1:12-cv-03040-CMA

CASE CAPTION: Mahamet Camara, et al. v. Matheson Trucking, Inc., et al.

| EX NO./ LTR | WITNES SES (Court use only) | DESCRIPTION | STIP. | OFFE RED | REC'D | REJE CTED | RULING RESERV ED | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| B-30 | | Temporary Restraining Order against Amy Hodges by C. Sanchez | | | | | | |
| B-31 | | Temporary Restraining Order against Amy Hodges by Toni Jacobs | | | | | | |
| B-32 | | 12/22/11 handwritten statement by Michael Buchenski | | | | | | |
| B-33 | | Disciplinary Action Forms for C. Sanchez | | | | | | |
| B-34 | | Stipulation of TRO between Amy Hodges, Toni Jacobs, and C. Sanchez | | | | | | |
| B-35 | | 4/7/12 handwritten statement by C. Sanchez | | | | | | |
| B-36 | | Statement by Sissoko dated 4/7/11 | | | | | | |
| B-37 | | Statement by Capra dated 4/7/11 | | | | | | |
| B-38 | | 4/13/12 letter from Mark Berumen to Emily Keimig regarding C. Sanchez | | | | | | |
| B-39 | | 4/15/12 letter by Mark Berumen to | | | | | | |

EXHIBIT LIST OF: Defendants          CASE NUMBER: 1:12-cv-03040-CMA

CASE CAPTION: Mahamet Camara, et al. v. Matheson Trucking, Inc., et al.

| EX NO./ LTR | WITNES SES (Court use only) | DESCRIPTION | STIP. | OFFE RED | REC'D | REJE CTED | RULING RESERV ED | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| | | EEOC regarding C. Sanchez | | | | | | |
| B-40 | | 9/28/12 letter from Mark Berumen to EEOC regarding C. Sanchez | | | | | | |
| B-41 | | Amy Hodges documents produced at her deposition | | | | | | |
| B-42 | | 4/29/11 email from Mike Wilbourn re: Amy Hodges | | | | | | |
| B-43 | | E-mail to Keimig from Biskup, Subject: Fee Agreement Summary, 11/28/11 | | | | | | |
| B-44 | | E-mail from Handy to Wilbourn Subject: Any Hodges | | | | | | |
| B-45 | | Resume of Steven F. Biskup | | | | | | |
| B-46 | | E-mail to Biskup from Keimig,11/22/11, with attached e-mails | | | | | | |
| B-47 | | Statement for Investigative Fees, 2/10/12 | | | | | | |
| B-48 | | E-mail to Keimig and Wilbourn from Biskup, Subject: Information | | | | | | |
| B-49 | | E-mail from Taylor, with attached e-mail, with attachment | | | | | | |
| B-50 | | E-mail to Keimig and Wilbourn | | | | | | |

**EXHIBIT D TO FINAL PRETRIAL ORDER**, page 14

EXHIBIT LIST OF: Defendants          CASE NUMBER: 1:12-cv-03040-CMA

CASE CAPTION: Mahamet Camara, et al. v. Matheson Trucking, Inc., et al.

| EX NO./ LTR | WITNES SES (Court use only) | DESCRIPTION | STIP. | OFFE RED | REC'D | REJE CTED | RULING RESERV ED | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| | | from Biskup, Subject: Notice of Investigation, 11/27/11, with attachments | | | | | | |
| B-51 | | E-mail to Biskup from Keimig, Subject: Matheson Matters, 2/15/12 | | | | | | |
| B-52 | | E-mail to Biskup from Keimig,, Subject: January 25, 12/29/11 | | | | | | |
| B-53 | | Declaration of Sissoko | | | | | | |
| B-54 | | Letter from Wilbourn to Sissoko concerning termination | | | | | | |
| B-55 | | E-mail to Capra from Wilbourn, Subject: Bemba, 6/29/11, with attached e-mail | | | | | | |
| B-56 | | PeopleSoft Timecard Reports | | | | | | |
| B-57 | | Matheson Flight Extenders - Denver Material Handlers on Build/Graveyard Shift, as of 12/1/10 | | | | | | |
| B-58 | | Schedules | | | | | | |
| ~~B-59~~ | | ~~Declaration of Jeremy Doudna~~ | | | | | | |
| B-60 | | Jeremy Doudna Interview of 11/30/11 Summary | | | | | | |

**EXHIBIT D TO FINAL PRETRIAL ORDER**, page 15

EXHIBIT LIST OF: Defendants          CASE NUMBER: 1:12-cv-03040-CMA

CASE CAPTION: Mahamet Camara, et al. v. Matheson Trucking, Inc., et al.

| EX NO./LTR | WITNESSES (Court use only) | DESCRIPTION | STIP. | OFFERED | REC'D | REJECTED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| ~~B-61~~ | | ~~Declaration of Yonel Louissaint~~ | | | | | | |
| ~~B-62~~ | | ~~Declaration of Sylvian Siffrain~~ | | | | | | |
| ~~B-63~~ | | ~~Declaration of Josh Reep~~ | | | | | | |
| ~~B-64~~ | | ~~Affidavit of Amy Cook~~ | | | | | | |
| B-65 | | Hand Written Notes (MATHESON 008449) | | | | | | |
| B-66 | | Declaration of Michael Wilbourn (Ex. B to Defs' Mot. Partial Summ. J.) | | | | | | |
| B-67 | | Email From Patricia Tools to Rebecca Wright Re Walter Trent Outlaw – Clearance Denied | | | | | | |
| B-68 | | 03/25/2011 Letter from Plaintiff Attorney Re Representation | | | | | | |
| B-69 | | Letter Re Representation for Sanchez | | | | | | |
| B-70 | | Graveyard Shift Workers for 11/08/10 – 12/04/10 | | | | | | |
| B-71 | | Matheson Flight Extenders Graveyard Shift Material Handlers – Hours by Black and White Employees Before and During Furlough | | | | | | |
| B-72 | | Matheson Flight Extenders- Weekly Hours of Select | | | | | | |

**EXHIBIT D TO FINAL PRETRIAL ORDER**, page 16

EXHIBIT LIST OF: Defendants          CASE NUMBER: 1:12-cv-03040-CMA

CASE CAPTION: Mahamet Camara, et al. v. Matheson Trucking, Inc., et al.

| EX NO./ LTR | WITNES SES (Court use only) | DESCRIPTION | STIP. | OFFE RED | REC'D | REJE CTED | RULING RESERV ED | COMMENTS |
|---|---|---|---|---|---|---|---|---|
|  |  | Graveyard Shift Mail Handlers from August 2010- July 2011 |  |  |  |  |  |  |
| B-73 |  | Graveyard Shift Employees With Special Shifts Before and After June 2011 Shift Bid |  |  |  |  |  |  |
| B-74 |  | Material Handler and Forklift Driver Bid Pack |  |  |  |  |  |  |
| B-75 |  | Bemba Diallo Letter dated 09/08/11 |  |  |  |  |  |  |
| B-76 |  | Items for Discussion at the Staff Meeting – Unacceptable Behavior & Reasons for Disciplinary Actions or Termination |  |  |  |  |  |  |
| B-77 |  | Termination Check List for Randall Barber |  |  |  |  |  |  |
| B-78 |  | Email Re Bemba from Michael Wilbourn to Leslie Capra on 06/29/11 |  |  |  |  |  |  |
| B-79 |  | Email Re Temp to Regular from Michael Wilbourn to Leslie Capra on 03/18/11 |  |  |  |  |  |  |
| B-80 |  | Announcement for Temporary Employees |  |  |  |  |  |  |
| ~~B-81~~ |  | ~~Affidavit of Dean Patricelli~~ |  |  |  |  |  |  |
| B-82 |  | Seniority Lists/Rosters |  |  |  |  |  |  |

EXHIBIT LIST OF: Defendants          CASE NUMBER: 1:12-cv-03040-CMA

CASE CAPTION: Mahamet Camara, et al. v. Matheson Trucking, Inc., et al.

| EX NO./ LTR | WITNES SES (Court use only) | DESCRIPTION | STIP. | OFFE RED | REC'D | REJE CTED | RULING RESERV ED | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| B-83 | | Email Re Bemba from Shawn Taylor to Leslie Capra | | | | | | |
| B-84 | | Email Re Termination of Dean Patricelli on 09/02/11 | | | | | | |
| B-85 | | Email Re Christopher Budfuloski From Leslie Capra to Michhael Wilbourn on 11/09/10 | | | | | | |
| B-86 | | Letter Re Walter Trent Outlaw – Clearance Denied to Rebecca Wright | | | | | | |
| B-87 | | Hand Written Notes dated 12/02/10 | | | | | | |
| B-88 | | Handwritten Notes from Gary Martin | | | | | | |
| B-89 | | Matheson's Initial Statement of Position re Charges of Discrimination and Supplemental Charges of Discrimination | | | | | | |
| B-90 | | Notice to Hodges re change in relationship (M 2560) | | | | | | |
| B-91 | | Termination Check List for Leslie Capra (M 2619) | | | | | | |
| B-92 | | Material Handler Job Description (M 2700–2703) | | | | | | |
| B-93 | | Material Handler Essential Job Functions (M2306–2308) | | | | | | |

EXHIBIT LIST OF: Defendants          CASE NUMBER: 1:12-cv-03040-CMA

CASE CAPTION: Mahamet Camara, et al. v. Matheson Trucking, Inc., et al.

| EX NO./ LTR | WITNES SES (Court use only) | DESCRIPTION | STIP. | OFFE RED | REC'D | REJE CTED | RULING RESERV ED | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| B-94 | | Console/De-consolidation overview (M 2873–2874) | | | | | | |
| B-95 | | USPS Pilot Program summary (M 2875–2878) | | | | | | |
| B-96 | | Emails re Consol/Deconsol Pilot | | | | | | |
| B-97 | | Emails re Sanchez | | | | | | |
| B-98 | | Handwritten statement by Lawler dated 6/26/11 | | | | | | |
| B-99 | | Notes dated 5/3/11 and 5/4/11 | | | | | | |
| B-100 | | EEO-1 Reports | | | | | | |
| C-1 | | Statement by Taylor dated 8/8/10 | | | | | | |
| C-2 | | Time Balance Audits | | | | | | |
| C-3 | | Attention notice to temporary employees | | | | | | |
| C-4 | | Email from Capra dated 3/25/11 | | | | | | |
| C-5 | | Email from Taylor re Lead Awards | | | | | | |
| C-6 | | Emails re Michael Fort | | | | | | |
| ~~C-7~~ | | ~~Statements by Amy Hodges~~ | | | | | | |
| ~~C-8~~ | | ~~Statements by Handy~~ | | | | | | |
| C-9 | | Letters from Handy to Sanchez | | | | | | |

EXHIBIT LIST OF: Defendants          CASE NUMBER: 1:12-cv-03040-CMA

CASE CAPTION: Mahamet Camara, et al. v. Matheson Trucking, Inc., et al.

| EX NO./ LTR | WITNES SES (Court use only) | DESCRIPTION | STIP. | OFFE RED | REC'D | REJE CTED | RULING RESERV ED | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| C-10 | | Email from Watts re Sanchez | | | | | | |
| C-11 | | Emails re Cresencio | | | | | | |
| C-12 | | Email re Budfuloiski | | | | | | |
| C-13 | | Statements concerning Charles McLean and Dallas Carter | | | | | | |
| C-14 | | Emails re Bemba and Nick | | | | | | |
| C-15 | | Emails re re-hiring B. Diallo | | | | | | |
| C-16 | | Statements of Terry Goodwin | | | | | | |
| C-17 | | USPS Contract and Orders | | | | | | |
| C-18 | | Emails concerning shift bids | | | | | | |
| C-19 | | Email from Capra to Wilbourn dated 11/1/10 | | | | | | |
| C-20 | | Email from Capra to Phelan dated 4/19/11 | | | | | | |
| C-21 | | Letter to B. Diallo dated 7/17/12 | | | | | | |
| C-22 | | Letter to D. Patricelli dated 9/19/11 re termination | | | | | | |
| C-23 | | Letter from De Oliviera to Wilbourn and Capra dated 8/3/11 | | | | | | |
| C-24 | | Email from Handy re Complaint of Amy Hodges dated 9/21/11 | | | | | | |
| C-25 | | Disciplinary Action Form for Polick | | | | | | |

EXHIBIT LIST OF: Defendants          CASE NUMBER: 1:12-cv-03040-CMA

CASE CAPTION: Mahamet Camara, et al. v. Matheson Trucking, Inc., et al.

| EX NO./ LTR | WITNES SES (Court use only) | DESCRIPTION | STIP. | OFFE RED | REC'D | REJE CTED | RULING RESERV ED | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| C-26 | | Human resources training viewing/usage reports | | | | | | |
| C-27 | | Any and all exhibits listed in Plaintiffs' and Plaintiff-Intervenor's Exhibit List | | | | | | |
| C-28 | | Any and all exhibits needed for rebuttal | | | | | | |

Firmwide:127341691.4 064487.1003

**EXHIBIT D TO FINAL PRETRIAL ORDER**, page 21