IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:12-cv-03040-CMA

MAHAMET CAMARA, MOUSSA DEMBELE, ANDRE DE OLIVEIRA, BEMBA DIALLO, SALIF DIALLO, MACIRE DIARRA, ERNIE DUKE, MOHAMET KABA, DEAN PATRICELLI, and ERNEST WILLIAMS,

   Plaintiffs,

And

CRESENCIO SANCHEZ, an individual,

   Plaintiff-In-Intervention,

v.

MATHESON TRUCKING, INC. and MATHESON FLIGHT EXTENDERS, INC.,

   Defendants.

**JOINT MOTION FOR APPOINTMENT OF HON. MICHAEL E. HEGARTY, MAGISTRATE JUDGE, AS SETTLEMENT JUDGE**

  Defendants, Plaintiffs, and Plaintiff-Intervenor (collectively, the "Parties"), by and through their respective attorneys pursuant to Fed. R. Civ. P. 16(a)(5) and D.C.COLO.LCivR 7.1.1.c., jointly and respectfully move for an Order appointing Hon. Michael E. Hegarty, United States Magistrate Judge ("Judge Hegarty"), as the settlement judge in the instant case.

  1. Pursuant to D.C.COLO.LCivR 7.1, counsel conferred in good-faith concerning the relief requested in this Motion. All Parties seek the relief requested, and the Motion is filed jointly.

  2. The Court may order the Parties to appear at a settlement conference to

facilitate settlement in this matter pursuant to Fed. R. Civ. P. 16(a)(5). This District's Local Rules permit such conferences to be conducted by a magistrate judge. D.C.COLO.LCivR 72.1.

I.      SETTLEMENT AND PROCEDURAL BACKGROUND

1.      Prior to Plaintiffs filing their lawsuit, the parties participated in a settlement conference with a private mediator and the case did not resolve. After the case was filed, the parties again tried to negotiate settlement through counsel, but no settlement was reached.

2.      In this lawsuit, nine current and former employees of Matheson, and one unsuccessful applicant for employment at Matheson, have sued Defendants under Title VII of the Civil Rights Act of 1964 ("Title VII") and 42 U.S.C. § 1981 ("Section 1981"). Plaintiffs and Plaintiff-Intervenor claim that Defendants subjected them to a hostile work environment because of their race and national origin, discriminated against them in the terms and conditions of their employment, and retaliated against them for engaging in protected conduct.

3.      Defendants deny the allegations made by Plaintiffs and Plaintiff-Intervenor, and have filed a Motion for Partial Summary Judgment on six of the Plaintiffs' claims. (*See* Mot. for Summ. J., Doc. No. 72; Resp. to Mot. Summ. J., Doc. No. 85; Reply in Supp. of Mot. Summ. J., Doc. No. 95.)

4.      Plaintiffs and Plaintiff-Intervenor also have filed a Motion for Partial Summary Judgment. (*See* Pl. Mot. Summ. J, Doc. No. 89; Resp. to Pl. Mot. Summ. J., Doc. No. 96; Reply in Supp. of Pl. Mot. Summ. J., Ex. 99.)

     5.    A three-week jury trial is scheduled to begin January 26, 2015. (*See* Doc. No. 111.)

## II.   REQUEST FOR APPOINTMENT OF JUDGE HEGARTY AS SETTLEMENT JUDGE

     1.    The Parties believe that a Magistrate-supervised settlement conference may be advantageous in bringing about the expedient resolution of this matter and respectfully ask that the Court appoint Judge Hegarty, as the settlement judge in this case who may conduct a settlement conference.

     2.    The Parties request Judge Hegarty specifically because of his reputation as an effective and willing settlement judge in cases in which parties otherwise may not be able to reach an agreement on settlement. Judge Hegarty is also uniquely suited to resolve this action based upon his extensive work with Title VII matters while serving as Chief of the Civil Division at the United States Attorney's Office in Denver, Colorado. The Parties believe this background will enable Judge Hegarty to thoroughly and credibly evaluate the merits of their respective positions, as he has done with great success in many Title VII and Section 1981 cases.

## III.   JOINTLY AGREED SETTLEMENT TERMS

     1.    The parties have agreed to the following terms for the Settlement Conference:

          a.    The mediation shall be scheduled for one full day.

          b.    The mediation shall be attended by all Plaintiffs, Plaintiff-in-Intervention, Mark Matheson, and Michael Wilbourn.

          c.    At least fifteen (15) days before the Settlement Conference all

        parties shall submit a Confidential Settlement Statement to Judge Hegarty, which includes a specific opening settlement demand from Plaintiffs and Plaintiff-in-Intervention and an opening settlement offer from the Defendants.

        d.    Judge Hegarty, in his sole discretion, may cancel the Settlement Conference if, after reviewing the Confidential Settlement Statements and settlement demand and offer, he does not believe a settlement conference would resolve the case.

WHEREFORE, the Parties respectfully request that the Court assign Magistrate Judge Hegarty as a Settlement Judge in this case.

Respectfully submitted this 4th day of August, 2014.

| *s/ Justin M. Plaskov* | *s/ Daniel M. Combs* |
|---|---|
| Lynn D. Feiger | Stacey A. Campbell |
| Stephen E. Kapnik | Kalisha Salome Chorba |
| Justin M. Plaskov | Daniel M. Combs |
| Lofh Shaiman Jacobs Hyman & Feiger PC | LITTLER MENDELSON, P.C. |
| 950 S. Cherry Street | A Professional Corporation |
| Suite 900 | 1900 Sixteenth Street |
| Denver, CO 80246 | Suite 800 |
| Telephone: 303.753.9000 | Denver, CO 80202 |
|  | Telephone: 303.629.6200 |
| Brian T. Moore |  |
| Jester Gibson & Moore, LLP | ATTORNEYS FOR DEFENDANTS |
| 1999 Broadway |  |
| Suite 3225 |  |
| Denver, CO 80202 |  |
| Telephone: 303.377.7888 |  |
| ATTORNEYS FOR PLAINTIFFS |  |

*s/ Mark J. Berumen*
Mark J. Berumen
Berumen Law Firm
1450 S. Havana Street, Suite 412
Aurora, CO 80012
Telephone: 303-748-5130
markberumen@berumenlaw.com

ATTORNEYS FOR PLAINTIFF-IN-
INTERVENTION

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of August, 2014, a true and correct copy of the foregoing **JOINT MOTION FOR APPOINTMENT OF HON. MICHAEL E. HEGARTY, MAGISTRATE JUDGE, AS SETTLEMENT JUDGE** was filed and served via CM/ECF addressed to the following.

>Lynn D. Feiger, Esq.
>Steven Kapnick, Esq.
>Justin M. Plaskov, Esq.
>Lohf Shaiman Jacobs Hyman & Feiger PC
>950 South Cherry Street, Suite 900
>Denver, CO 80246
>lfeiger@lohfshaiman.com
>skapnik@lohfshaiman.com
>jplaskov@lohfshaiman.com

>Brian T. Moore, Esq.
>Jester Gibson & Moore, LLP
>1999 Broadway, Suite 3225
>Denver, CO 80202
>bmoore@jgllp.com

>Mark J. Berumen, Esq.
>Berumen Law Firm
>1450 S. Havana Street, Suite 412
>Aurora, CO 80012
>markberumen@berumenlaw.com
>chriseby@berumenlaw.com

*s/ Arlene Aguilar*
Arlene Aguilar

Firmwide:128106051.2 064487.1003