IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.  1:12-cv-03040-CMA

MAHAMET CAMARA, MOUSSA DEMBELE, ANDRE DE OLIVEIRA, BEMBA DIALLO, SALIF DIALLO, MACIRE DIARRA, ERNIE DUKE, MOHAMET KABA, DEAN PATRICELLI, and ERNEST WILLIAMS,

    Plaintiffs,
And

CRESENCIO SANCHEZ, an individual,

    Plaintiff-In-Intervention

v.

MATHESON TRUCKING, INC. and MATHESON FLIGHT EXTENDERS, INC.,

    Defendants.

### ORDER GRANTING DEFENDANTS' MOTION IN LIMINE AND MOTION TO BIFURCATE PUNITIVE DAMAGES CLAIM

  This matter is before the Court on Defendants' Motion In Limine And Motion To Bifurcate Punitive Damages Claim. The Court, having considered the Motion, hereby GRANTS Defendants' Motion In Limine to exclude evidence about and all references to: 1) Equal Employment Opportunity Commission Determinations; 2) the investigative report of Steven Biskup; 3) alleged discrimination suffered by non-similarly situated parties; 4) and the convictions of third-party witness, Amy Hodges.

  As part of this Order, the Court further GRANTS Defendants' Motion To Bifurcate Punitive Damages Claim and shall bifurcate the trial with respect to liability and punitive damages.

It is so ordered.

_____
United States District Court Judge