**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-03040-CMA-CBS

MAHAMET CAMARA,
ANDRE DeOLIVEIRA,
BEMBA DIALLO,
SALIF DIALLO,
MACIRE DIARRA,
ERNIE DUKE, and
DEAN PATRICELLI,

     Plaintiffs,

v.

MATHESON TRUCKING, INC., a California corporation; and
MATHESON FLIGHT EXTENDERS, INC., a California corporation,

     Defendants.

---

**ORDER REGARDING JOINT PROPOSAL FOR REVISED DEADLINES FOR POST-TRIAL PROCEEDINGS**

---

This matter is before the Court on the Joint Status Report Concerning Bankruptcy Stay and Proposal for Revised Deadlines for Post-Trial Proceedings (Doc. # 249).  The Court, having considered the parties' joint "proposal" for revised deadlines, finds that good cause exists to extend the deadlines from those originally set by the Court in its April 29, 2015 Order granting a temporary stay (Doc. # 248).  As such, the following deadlines will apply to the submission of post-trial briefings and discovery responses in this matter:

| **Brief or Discovery Response Due** | **New Deadline** |
|---|---|
| Defendants' Response to Plaintiffs' Motion for Attorney Fees and Expert Witness Fees (Doc. # 205) | 6/29/15 |
| Defendants' Response to Plaintiffs' First Set of Post-Judgment Interrogatories and Requests for Production of Documents | 6/29/15 |
| Plaintiffs Reply Brief in Support of Motion to Amend/Correct/Modify Clerk's Judgment and Award Front Pay and Interest on Back Pay (Doc. # 198) | 6/30/15 |
| Plaintiffs' Response to Defendants' Motion for New Trial Pursuant to Fed. R. Civ. P. 59(a) (Doc. # 213) | 7/6/15 |
| Plaintiffs' Response to Defendants' Renewed Motion for Judgment as a Matter of Law Pursuant to Fed. R. Civ. P. 50(b) (Doc. No. 209) | 7/6/15 |
| Defendants' Reply in Support of Motion for Remittitur of Jury Verdict Pursuant to Fed. R. Civ. P. 59(e) (Doc. ## 210, 247) | 7/14/15 |

It is FURTHER ORDERED that on or before June 22, 2015, the parties shall contact the Clerk of the Court to re-set a hearing date on Plaintiffs' Bill of Costs. It is

FURTHER ORDERED that, in the future, the parties shall comply with D.C.COLO.LCivR 6.1 and file a motion when requesting an extension of time.

DATED:     June 2, 2015

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge