IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 12-cv-03040-CMA-CBS

MAHAMET CAMARA,
ANDRE DeOLIVEIRA,
BEMBA DIALLO,
SALIF DIALLO,
MACIRE DIARRA,
ERNIE DUKE, and
DEAN PATRICELLI,

    Plaintiffs,

v.

MATHESON TRUCKING, INC., a California corporation; and
MATHESON FLIGHT EXTENDERS, INC., a California corporation,

    Defendants.

## ORDER GRANTING JOINT MOTION FOR STAY OF PROCEEDINGS

    This matter is before the Court on the parties' Joint Motion for Stay of Proceedings.  (Doc. # 266).  The Court, having considered the instant Motion, finds that good cause exists to stay the proceedings, including proceedings on currently pending post-trial motions.  (*See* Doc. ## 198, 205, 209, 210, 213, 262.)

    Accordingly, the instant Motion is hereby GRANTED and the case will be stayed. It is FURTHER ORDERED that on or before January 15, 2016, the parties shall file a Joint Status Report, provided they have not yet filed a stipulation to dismiss this action by that date.

DATED: November 23, 2015

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge
2