**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

CIVIL ACTION NUMBER: 12-cv-03040-CMA-CBS

MAHAMET CAMARA,
ANDRE DE OLIVEIRA,
BEMBA DIALLO,
SALIF DIALLO,
MACIRE DIARRA,
ERNIE DUKE, and
DEAN PATRICELLI, individuals,

    Plaintiffs,

v.

MATHESON TRUCKING, INC., a California corporation, and
MATHESON FLIGHT EXTENDERS, INC., a California corporation,

    Defendants.

## ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE AND REQUEST FOR COURT TO RETAIN JURISDICTION

The Court, having reviewed the parties' Stipulation for Dismissal With Prejudice and Request for Court to Retain Jurisdiction (Doc. #271), the file, and being fully advised, hereby GRANTS the Stipulation.   It is therefore

ORDERED that the claims of all Plaintiffs remaining in this action - Mahamet Camara, Andre De Oliveira, Bemba Diallo, Salif Diallo, Macire Diarra, Ernie Duke and Dean Patricelli - are hereby DISMISSED WITH PREJUDICE.   It is

FURTHER ORDERED that each party shall be responsible for its own costs and fees.   It is

FURTHER ORDERED that the Court will retain jurisdiction over this matter for the sole purpose of enforcing the Stipulated Judgment between the Plaintiffs and Defendants, in the event of a default. It is

FURTHER ORDERED that all outstanding motions are DENIED AS MOOT.

DATED: February 10, 2016

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge